UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ALISON SHEEHAN, <br><br>    Plaintiff, <br><br>v. <br><br>SUNTRUST BANKS INC.; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANSUNION, LLC <br><br>    Defendants. | Case No.: 1:22-cv-00068-SM <br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

    Plaintiff Alison Sheehan, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendant Equifax Information Services, LLC ("Equifax"). Plaintiff and Equifax are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Equifax will be finalized within the next sixty (60) days. Plaintiff's claims against remaining defendants remain pending.

    Respectfully submitted on March 25, 2022

                                                    */s/ Dennis C. Hogan*
                                                    Dennis C. Hogan, Esq
                                                    Law Office of Dennis C. Hogan, PLLC
                                                    491 Amherst St. Ste. 221
                                                    Nashua, NH 03063
                                                    dchogan@yahoo.com
                                                    603-886-8700
                                                    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Dennis C. Hogan*