UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ALISON SHEEHAN,<br><br>    Plaintiff,<br><br>v.<br><br>SUNTRUST BANKS INC.; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANSUNION, LLC<br><br>    Defendants. | Case No.: 1:22-cv-00068-SM<br><br>**NOTICE OF DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

   Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(1), notice is hereby given that Defendant Equifax Information Services, LLC may be dismissed with prejudice, with the parties to bear their own fees and costs. Plaintiff's claims against remaining defendants remain pending.

   Respectfully submitted on April 18, 2022

*/s/ Dennis C. Hogan*
Dennis C. Hogan, Esq
Law Office of Dennis C. Hogan, PLLC
491 Amherst St. Ste. 221
Nashua, NH 03063
dchogan@yahoo.com
603-886-8700
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Dennis C. Hogan*