**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| ALISON SHEEHAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br><br>SUNTRUST BANKS INC.; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANSUNION, LLC<br><br>　　　Defendants. | Case No.: 1:22-cv-00068-SM<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT TRANSUNION, LLC** |

　　Plaintiff Alison Sheehan, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendant TransUnion, LLC ("TransUnion"). Plaintiff and TransUnion are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against TransUnion will be finalized within the next sixty (60) days. Plaintiff's claims against Suntrust Banks Inc. and Experian Information Solutions, Inc. remain pending.

　　　　Respectfully submitted on May 6, 2022

*/s/ Dennis C. Hogan*
Dennis C. Hogan, Esq
Law Office of Dennis C. Hogan, PLLC
491 Amherst St. Ste. 221
Nashua, NH 03063
dchogan@yahoo.com
603-886-8700
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: _/s/ Dennis C. Hogan_