UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ALISON SHEEHAN,<br><br>    Plaintiff,<br><br>v.<br><br>SUNTRUST BANKS INC.; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANSUNION, LLC<br><br>    Defendants. | Case No.: 1:22-cv-00068-SM<br><br>**NOTICE OF DISMISSAL AS TO DEFENDANT TRANSUNION, LLC** |

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(1), notice is hereby given that Defendant TransUnion, LLC may be dismissed with prejudice, with the parties to bear their own fees and costs. Plaintiff's claims against SunTrust Banks Inc. and Experian Information Solutions, Inc. remain pending.

    Respectfully submitted on June 6, 2022

                                                                       /s/ Dennis C. Hogan
                                                                       Dennis C. Hogan, Esq
                                                                       Law Office of Dennis C. Hogan, PLLC
                                                                       491 Amherst St. Ste. 221
                                                                       Nashua, NH 03063
                                                                       dchogan@yahoo.com
                                                                       603-886-8700
                                                                       *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Dennis C. Hogan*