UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ALISON SHEEHAN,<br><br>    Plaintiff,<br><br>v.<br><br>SUNTRUST BANKS INC.; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANSUNION, LLC<br><br>    Defendants. | Case No.: 1:22-cv-00068-SM<br><br>**STIPULATION OF DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant Experian Information Solutions, Inc. hereby jointly stipulate that Experian Information Solutions, Inc. may be dismissed with prejudice, with each of the parties to bear their own fees and costs.  Plaintiff's claims against SunTrust Banks Inc. remain pending.

    Respectfully submitted July 19, 2022

| | |
|---|---|
| */s/ Dennis C. Hogan* | */s/ Christopher Cole* |
| Dennis C. Hogan | Christopher Cole, NH Bar No. 8725 |
| Law Office of Dennis C. Hogan, PLLC | SHEEHAN PHINNEY BASS & GREEN |
| 491 Amherst St. Ste. 221 | PROFESSIONAL ASSOCIATION |
| Nashua, NH 03063 | 1000 Elm Street / P.O. Box 3701 |
| dchogan@yahoo.com | Manchester, NH 03105-3701 |
| 603-886-8700 | Tel: (603) 627-8223 |
| *Counsel for Plaintiff* | ccole@sheehan.com |
| | |
| | Ryan W. McMullan (*pro hac vice*) |
| | JONES DAY |
| | 250 Vesey Street |
| | New York, NY 10281 |
| | Tel: (212) 326-3659 |
| | Fax: (212) 755-7306 |
| | rmcmullan@jonesday.com |
| | |
| | *Counsel for Defendant* |
| | *Experian Information Solutions, Inc.* |

### CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Dennis C. Hogan*