UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ALISON SHEEHAN,<br><br>    Plaintiff,<br><br>v.<br><br>SUNTRUST BANKS INC.; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANSUNION, LLC<br><br>    Defendants. | Case No.: 1:22-cv-00068-SM<br><br>**STIPULATION FOR DISMISSAL AS TO DEFENDANT SUNTRUST BANKS INC.** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant Truist Bank improperly named as SunTrust Banks Inc. hereby jointly stipulate that Truist Bank may be dismissed with prejudice, with each of the parties to bear their own fees and costs. All parties have now been dismissed and this matter may be dismissed in its entirety.

Respectfully submitted August 9, 2022

| | |
|---|---|
| */s/ Dennis C. Hogan*<br>Dennis C. Hogan<br>Law Office of Dennis C. Hogan, PLLC<br>491 Amherst St. Ste. 221<br>Nashua, NH 03063<br>dchogan@yahoo.com<br>603-886-8700<br>*Counsel for Plaintiff* | */s/ Timothy E. Britain*<br>Timothy E. Britain, Esquire<br>NH Attorney ID No. 0332<br>Jeffrey C. Christensen, Esquire<br>NH Attorney ID No. 265308<br>Cleveland Waters & Bass PA<br>Two Capital Plaza<br>P.O. Box 1137<br>Concord, NH 03302<br>T: 603.224.7761<br>F: 603.224.6457<br>*Attorney for Defendant Truist Bank* |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Dennis C. Hogan*